UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PERCY JOHNSON                                             CIVIL ACTION

VERSUS                                                    NUMBER: 14-0902

ROBERT TANNER, ET AL.                                     SECTION: "R"(5)

ORDER ON MOTION
MAY 13, 2014

APPEARANCES:

MOTION:

(1)   Plaintiff's Motion for Appointment of Counsel (Rec. doc. 7).
(2)   Plaintiff's Motion for Leave to File An Amended Complaint (Rec. doc. 8).
(3)   Plaintiff's Motion for Temporary Restraining Order (Rec. doc. 9).

_____ :   Continued to

_____ :   No opposition

_____ :   Opposition

ORDERED

_____ :   Dismissed as moot.

|          |                                                                                                                                                 |
|----------|-------------------------------------------------------------------------------------------------------------------------------------------------|
| \_\_\_\_ : | Dismissed for failure of counsel to appear.                                                                                                    |
| \_\_2\_\_ : | Granted as a matter of course under Rule 15(a)(1), Fed. R. Civ. P.                                                                            |
| \_\_1\_\_ : | Denied after considering the factors set forth in *Norton v. Dimazana*, 122 F.3d 286, 293 (5th Cir. 1997) and *Ulmer v. Chancellor*, 691 F.2d 209, 213 (5th Cir. 1982). |
| \_\_1\_\_ : | Other. Denied on the showing made. *See Kennedy v. Potter*, 344 Fed.Appx. 987, 989-90 (5th Cir. 2009).                                         |

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE